778

## (August 30, 1966)

In the Matter of LYMAN JUDSON MORHOUSE, an Attorney, Respondent.— *Per Curiam.* Respondent was admitted to practice as an attorney and counselor at law in this State at a term of this court on July 10, 1939. A certificate of a judgment of conviction filed by the County Clerk of New York County pursuant to section 485-b of the Code of Criminal Procedure, discloses that he was convicted of the crimes of bribery and taking unlawful fees in violation of sections 378 and 1826 of the Penal Law. These crimes being felonies, respondent is no longer competent to practice law. (Judiciary Law, § 90, subd. 4; *Matter of Ginsberg,* 1 N Y 2d 144.) Respondent's name stricken from roll of attorneys and counselors at law in the State of New York pursuant to subdivision 4 of section 90 of the Judiciary Law of the State of New York. Present — Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ.

## FIRST DEPARTMENT, SEPTEMBER, 1966

## (September 13, 1966)

In the Matter of GEORGE CAMPBELL PAINTING CORP. v. WILLIAM REID et al. GEORGE CAMPBELL PAINTING CORP. v. WILLIAM REID et al.— Motions granted and the Attorney-General of the State of New York is permitted to appear in this proceeding pursuant to section 71 of the Executive Law. Concur — Botein, P. J., Breitel, McNally, Steuer and Capozzoli, JJ.

## (September 15, 1966)

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HUNTLEY.— Motion granted and the order of this court entered on December 7, 1965, is modified by striking out the designation of Lorance Hockert, Esq., as counsel to prosecute the appeal and by substituting therefor Jenkin R. Hockert, Esq., of 161-19 Jamaica Avenue, Jamaica, New York, as such counsel. The time within which appellant shall perfect the appeal is enlarged until 120 days from the date of entry of this order (see Code Crim. Pro., § 535). Concur — McNally, J. P., Stevens, Capozzoli and Witmer, JJ.

## (September 22, 1966)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CYRIL FAMOUS, Appellant.— Order, entered October 5, 1965, denying, after a hearing, petitioner's motion for a writ of error *coram nobis,* unanimously affirmed on the opinion of Mr. Justice GELLER [47 Misc 2d 943]. Concur — Botein, P. J., Breitel, Rabin and Capozzoli, JJ.

RUTH BENOV et al., Respondents, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Appellant.— Judgment in favor of plaintiffs, entered November 16, 1965, reversed on the law, on the facts and in the exercise of